# Court of Appeals
# of the State of Georgia

ATLANTA,　June 18, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1810. TASHA M. MOSLEY, IN HER CAPACITY AS SOLICITOR GENERAL OF CLAYTON COUNTY et al. v. BELINDA LOWE.**

Tasha Mosley, the Clayton County Solicitor, denied Belinda Lowe's application for record restriction or expungement pursuant to OCGA § 35-3-37. Lowe petitioned the Superior Court of Clayton County for judicial review of the denial of her restriction request. Mosley responded, arguing that OCGA § 35-3-37 (2010), the version of the statute in effect at the time the offense was committed, applied and therefore the application was properly denied under OCGA § 35-3-37 (d) (7) (C) (2010). Mosley also asserted that applying amended OCGA § 35-3-37 (2014) retroactively would be unconstitutional. The trial court, however, found that OCGA § 35-3-37 (2014) can be constitutionally applied to offenses committed prior to July 1, 2013 and granted Lowe's record restriction request. Mosley then filed this direct appeal.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996); Ga. Const. of 1983, Art. VI, Sec. VI, Para. II. This Court has no jurisdiction to determine the constitutionality of a state law unless the law has been held to be constitutional on the same grounds raised in a prior appeal or the question involves the application of unquestioned and unambiguous provisions of the Constitution. *Zepp v. Mayor & Council of the City of Athens*, 255 Ga. 449, 451 (2) (339 SE2d 576) (1986). Because this case involves a constitutional challenge to

a new statute, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____06/18/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*